GIPSON HOFFMAN & PANCIONE
A Professional Corporation
JASON WALLACH (State Bar No. 75535)
*JWallach@ghplaw.com*
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

LAW OFFICES OF E. PATRICK MORRIS, P.C.
E. PATRICK MORRIS (State Bar No. 144344)
*epmlawsb@gmail.com*
137 East Anapamu Street
Santa Barbara, California 93101
Telephone: (805) 560-9833
Facsimile: (805) 560-6964

Attorneys for Creditors
SUMMERLAND MARKET, INC. and
ELIAN HANNA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>JOHN SPERRY REYNOLDS,<br><br>    Debtor and Debtor-in-Possession. | CASE NO.: 9:16-bk-11042-PC<br><br>Chapter 11<br><br>**SUMMERLAND MARKET, INC. AND ELIAN HANNA'S EVIDENTIARY OBJECTION TO DECLARATION OF GEORGE E. PLOWDEN, JR. IN SUPPORT OF OPPOSITION TO WELLS FARGO BANK, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>[*Response to Motion, Memorandum of Points and Authorities and Declaration of N. Keith Anderson submitted herewith*]<br><br>Date: May 10, 2018<br>Time: 11:30 a.m.<br>Ctrm: 201<br>      1415 State Street<br>      Santa Barbara. CA 93101 |

Summerland Market Inc. and Elian Hanna (collectively "SMI") submit the following evidentiary objections to the Declaration of George E. Plowden, Jr. submitted by Movant Wells Fargo Bank, N.A. as a part of Movant's (second) Motion for Relief from the Automatic Stay, and requests that the identified portions of such Declaration be stricken or otherwise disregarded in consideration of Movant's motion:

1.  Paragraph 5a, stating "Type of property...: a. Debtor's principal residence"

Objections: Conclusory and lacks foundation in personal knowledge (FRE 602 and 701), inadmissible hearsay as against SMI (FRE 802), no supporting evidence is attached or shown.

2.  Paragraph 11(d)(4) stating "The fair market value of the Property is $1,560,000.00 established by: ...Exhibit "5" Appraisal Report"

Objections: Exhibit 5 is not authenticated (LBR 9013-1(c)(3)(A) and FRE 901(a).

3.  Exhibit 5 Appraisal Report (in its entirety).

Objections: Appraisal report is not authenticated (LBR 9013-1(c)(3)(A) and FRE 901(a). Content of the appraisal report is inadmissible hearsay and double hearsay (FRE 802 and 805).

4.  Paragraph 11(g) stating "11 U.S.C. Section 362(d)91)—Equity Cushion: I calculate that the value of the "equity cushion" in the property exceeding Movant's debt and any lien(s) senior to Movant's debt is $188,143.49 and is 12.060480% of the fair market value of the Property."

Objections: Calculation is based on inadmissible appraisal. See #2-3 above.

1 | Wherefore, SMI requests that their evidentiary objections be sustained, together
2 | with such other relief as may be just and proper.

4 | Dated: March 27, 2018

RESPECTFULLY SUBMITTED,

GIPSON HOFFMAN PANCIONE, A P.C.
    And
LAW OFFICES OF E. PATRICK MORRIS, P.C.

*/s/ Jason Wallach*

JASON WALLACH
Attorneys for Creditors SUMMERLAND
MARKET, INC. and ELIAN HANNA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **SUMMERLAND MARKET, INC. AND ELIAN HANNA'S EVIDENTIARY OBJECTION TO DECLARATION OF GEORGE E. PLOWDEN, JR. IN SUPPORT OF OPPOSITION TO WELLS FARGO BANK, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 27, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Eric W. Burkhardt | castlesb@aol.com, carissa@beallandburkhardt.com |
| Ellen M. Cheney | amansfield@mansfield.law, echeney@mcpclawfirm.com, blythe@mcpclawfirm.com, mcpclawfirmcmecf@gmail.com |
| Martin P. Cohn | marty@cohnstewart.com |
| Brian D. Fittipaldi | brian.fittipaldi@usdoj.gov |
| Carissa N. Horowitz | carissa@beallandburkhardt.com, artyc@aol.com, castlesb@asol.com |
| Jason C. Kolbe | bknotice@rcolegal.com |
| Andrew S. Mansfield | amansfield@mansfield.law, blythe@mansfield.law, mcpclawfirmcmecf@gmail.com, echeney@mansfield.law, 51110@notify.bestcase.com |
| Douglas C. Michie | doug@michielawfirm.com |
| Brett P. Ryan | ziggy,valerio@unifyfcu.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |
| Jennifer C. Wong | bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |

☐    Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) March 27, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

4

Mark R. Wietstock
P.O. Box 40123
Santa Barbara, CA 93140

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 27, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Deborah J. Saltzman
United State Bankruptcy Court, Courtroom 201
255 E. Temple Street, Ctrm. 1639
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 27, 2018 | Elaine Miyashiro | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |